IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 12-cv-01305-CMA-BNB | Date: August 29, 2012 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| CORAL PRODUCTION CORPORATION **Plaintiff(s)** | *Michael McGloin* |
| **v.** | |
| CHEVRON U.S.A. INC **Defendant(s)** | *Kenneth A. Wonstolen* *Karen L. Spaulding* |

### COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 8:29 a.m.

Appearance of counsel.

Argument presented on Plaintiff's Motion to Strike Designation of Non-Party [20].

**ORDERED:   Matter is TAKEN UNDER ADVISEMENT. The Court will await ruling until the parties file a stipulation, as stated on the record, on or before September 10, 2012.**

Court in Recess: 8:54 a.m.     Hearing concluded.     Total time in Court: 00:25

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119