IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01305-CMA-BNB

CORAL PRODUCTION CORPORATION,

Plaintiff,

v.

CHEVRON U.S.A. INC.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that the parties shall file a status report, on or before **September 10, 2012**, addressing their willingness to enter into a stipulation as discussed today at the hearing on plaintiff's Motion to Strike Designation of Non-Party At Fault [Doc. # 20] (the "Motion to Strike") and the impact of any such stipulation, if entered into, on the Motion to Strike.


DATED: August 29, 2012