IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12cv1305-CMA-BNB

CORAL PRODUCTION CORPORATION,

    Plaintiff,

v.

CHEVRON U.S.A. INC.,

    Defendant.

---

### STIPULATION OF THE PARTIES

---

Coral Production Corporation ("Coral") and Chevron U.S.A. Inc. ("Chevron") (collectively referred to herein as the "Parties") agree as follows and request this Court make this Stipulation of the Parties an Order of the Court.

### STIPULATION

1. On May 2, 2011, the Colorado Oil and Gas Conservation Commission ("COGCC") issued a Notice of Alleged Violations ("NOAV") against Coral for alleged violations of COGCC Rules.

2. Coral filed its Amended Complaint in the U.S. District Court against Chevron on June 27, 2012 seeking indemnification and damages.

3. Chevron filed a Designation of Non-Party At Fault with respect to Republic pursuant to C.R.S. § 13-21-111.5 on July 30, 2012. ECF No. 14.

4. Coral filed a Motion to Strike Chevron's Designation of Non-Party At Fault on August 9, 2012. ECF No. 20.

5. If this Court finds that the Chevron had a contractual duty to indemnify Coral with respect to remedial costs at the Christiansen Site, Chevron and Coral agree and stipulate that Chevron's liability, if any, is limited to remedial costs incurred by Coral arising from acts or omissions of Chevron or its predecessors-in-interest prior to and through February 4, 1987, and for no period of time thereafter.

6. Upon the Court entering this Stipulation of the Parties as an Order of the Court, Chevron agrees to withdraw its Designation of Non-Party At Fault.

7. **RELIEF REQUESTED**

Coral and Chevron request that this Court enter this Stipulation of the Parties as an Order of the Court.

Dated this 10th day of September, 2012.

APPROVED AS TO FORM:

BEATTY & WOZNIAK, P.C.

/s/Kenneth A. Wonstolen
Kenneth A. Wonstolen
Karen L. Spaulding
David G. Scott
216 Sixteenth Street, Suite 1100
Denver, Colorado 80202-5115
Phone Number: (303) 407-4499
E-mail: kwonstolen@bwenergylaw.com
kspaulding@bwenergylaw.com
dscott@bwenergylaw.com

*Attorneys for Chevron U.S.A., Inc.*

MCGLOIN DAVENPORT SEVERSON
AND SNOW, P.C.

/s/Michael J. Dommermuth
Michael J. Dommermuth
Michael M. McGloin
Kyle W. Davenport
1600 Stout St. #1600
Denver, CO 80202
Phone: (303) 863-9800
Email: miked@mdsslaw.com
mikem@mdsslaw.com
kyled@mdsslaw.com

*Attorneys for Coral Production Corporation*

SO ORDERED THIS 11th DAY OF SEPTEMBER, 2012.

BY THE COURT:

_____
JUDGE BOYD N. BOLAND

3