IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-01305-CMA-BNB

CORAL PRODUCTION CORPORATION,

Plaintiff,

v.

CHEVRON U.S.A. INC.,

Defendant.

_____

## ORDER
_____

Pursuant to the parties' Status Report [Doc. # 36] and Stipulation [Doc. # 36-1], subsequently entered as an order of the court,

IT IS ORDERED:

(1) **Chevron U.S.A. Inc.'s Designation of Non-Party at Fault** [Doc. # 14] is WITHDRAWN; and

(2) Plaintiff's **Motion to Strike Chevron U.S.A. Inc.'s Designation of Non-Party at Fault** [Doc. # 20] is DENIED as moot.

Dated September 11, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge