IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 12-cv-01305-CMA-BNB

CORAL PRODUCTION CORPORATION,

    Plaintiff,

v.

CHEVRON U.S.A., INC.,

    Defendant.

---

### ORDER OF RECUSAL

This matter is before me on a review of the file. Based on my past professional relationship with the law firm of Davis, Graham & Stubbs, LLP, counsel for Defendant, I believe that I should recuse myself. It is, therefore,

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

DATED: October   16  , 2012

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge