IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 12-cv-01305-CMA-BNB

CORAL PRODUCTION CORPORATION,

    Plaintiff,

v.

CHEVRON U.S.A., INC.,

    Defendant.

---

## ORDER OF RECUSAL

This matter is before me on a review of the file.  Based on my past professional relationship with the law firm of Davis, Graham & Stubbs, LLP, counsel for Defendant, I believe that I should recuse myself.  It is, therefore,

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

    DATED:  October   16  , 2012

                                                  BY THE COURT:

                                                  *(signature)*

                                                  CHRISTINE M. ARGUELLO
                                                  United States District Judge