IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-01305-PAB-BNB

CORAL PRODUCTION CORPORATION,

    Plaintiff,

v.

CHEVRON U.S.A., INC.,

    Defendant.

**ORDER**

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the Joint Status Report [Docket No. 69] filed by plaintiff Coral Production Corporation and Chevron U.S.A., Inc. In the status report, the parties state that Coral and the Colorado Oil and Gas Conservation Commission ("COGCC") have executed an Administrative Order by Consent and Settlement Agreement ("AOC") wherein Coral agreed to begin remediation work on violations Coral contends were caused by Chevron. Docket No. 69 at 2. The parties also indicate that they have entered into a Stipulation for Dismissal of the COGCC proceedings which, if accepted by the COGCC, will moot Chevron's Motion to Dismiss [Docket No. 12]. The parties state that the COGCC has scheduled a hearing for March 25, 2013, during which the COGCC will decide whether to accept the AOC and the parties' stipulation for dismissal. Docket No. 69 at 3.

    Based on the foregoing, it is

    **ORDERED** that, on or before **Tuesday, March 26, 2013 at 5:00 p.m.**, the parties shall file a status report no longer than five pages indicating whether the COGCC has accepted the Administrative Order by Consent and Settlement Agreement as well as the parties' Stipulation for Dismissal. If the COGCC has accepted these agreements, Chevron shall file a motion to withdraw its Motion to Dismiss [Docket No. 12] no later than **Wednesday March 27, 2013 at 12:00 p.m**.

    DATED March 7, 2013.