IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

---

Civil Action:       12-cv-01305-PAB-BNB          Date: March 28, 2013
Courtroom Deputy:   Julie Dynes                    FTR: BNB COURTROOM A-401

| *Parties* | *Attorney(s)* |
|---|---|
| CORAL PRODUCTION CORPORATION | *Sarah Nillard* |
| | *Michael J. Dommermuth* |
| **Plaintiff(s)** | |
| **v.** | |
| CHEVRON U.S.A. INC | *Jonathon D. Bergman* |
| | *Benjamin B. Strawn* |
| **Defendant(s)** | |

---

### COURTROOM MINUTES

---

**MOTIONS HEARING**

Court in Session:  1:32 p.m.

Appearance of counsel.

Argument presented on [63] Motion for Protective Order Quashing Coral Production Corporation's January 28, 2013 Notice of FRCP 30(b)(6) Deposition.

**ORDERED:   [63] Motion for Protective Order Quashing Coral Production Corporation's January 28, 2013 Notice of FRCP 30(b)(6) Deposition is GRANTED IN PART and DENIED IN PART, as indicated on the record.**

Court in Recess:  2:18 p.m.    Hearing concluded.    Total time in Court: 00:46

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119