IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-01305-PAB-BNB

CORAL PRODUCTION CORPORATION,

Plaintiff,

v.

CHEVRON U.S.A. INC.,

Defendant.
_____

## ORDER
_____

This matter arises on **Chevron U.S.A. Inc.'s Motion for Protective Order Quashing Coral Production Corporation's January 28, 2013 Notice of F.R.C.P. 30(b)(6) Deposition** [Doc. # 63, filed 2/28/2013] (the "Motion for Protective Order"). I held a hearing on the matter this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED that the Motion for Protective Order [Doc. # 63] is GRANTED IN PART and DENIED IN PART as follows:

- •GRANTED with respect to Categories 2 through 8 of the Notice of F.R.C.P. 30(b)(6) Deposition. That discovery shall not be had; and

- •DENIED to allow inquiry with respect to Categories 1 and 9 of the Notice of F.R.C.P. 30(b)(6) Deposition.

Dated March 28, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge